IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL P. WORZALLA,

 Plaintiff,

v.

CAPTAIN B. LUNDMARK, et al.,

 Defendants.

ORDER

Case No. 16-cv-711-jdp

 Plaintiff Daniel P. Worzalla, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint and has paid the $400 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prisoner Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

 Accordingly, IT IS ORDERED that plaintiff Daniel P. Worzalla's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

 Entered this 28th day of October, 2016.

       BY THE COURT:

       /s/
       PETER OPPENEER
       Magistrate Judge